Dismissed and Memorandum Opinion filed September 24, 2009.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00712-CV

____________

 

DANIEL GONZALEZ, Appellant

 

V.

 

SHEILA TORRY, Appellee

 



 

On Appeal from the
309th District Court 

Harris County,
Texas

Trial Court Cause
No. 2008-73974

 



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from a judgment signed July 28, 2009.  On September 14, 2009,
appellant filed a motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is
granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Panel consists of Chief Justice Hedges and Justices
Seymore and Sullivan.